FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____rsm_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JEREMIAH DORIAN FARMER,<br><br>　　　　Defendant. | CR No. **2:24-CR-00400-JLS**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

　　On or about October 31, 2023, in Los Angeles County, within the Central District of California, defendant JEREMIAH DORIAN FARMER knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

　　1.　A Rohm Gmbh Industries, model RG 23, .22LR caliber revolver, with an obliterated serial number;

　　2.　Four rounds of Federal .22 caliber ammunition; and

　　3.　Two rounds of Cascade Cartridge Inc. .22 caliber ammunition.

　　Defendant FARMER possessed such firearm and ammunition knowing

that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

    1.   Accessary After the Fact, in violation of California Penal Code Section 32, in the Superior Court for the State of California, County of Los Angeles, Case Number SA101480, on or about February 11, 2020;

    2.   Pandering, in violation of California Penal Code Section 266i(a)(2), in the Superior Court for the State of California, County of Los Angeles, Case Number BA484450, on or about April 8, 2021; and

    3.   Human Trafficking, in violation of California Penal Code Section 236.1(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA484450, on or about April 8, 2021.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and:

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                              A TRUE BILL

                                              /s/
                                              Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

J'ME K. FORREST
Assistant United States Attorney
Violent and Organized Crime Section